1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10 CRISTINA BARRON            )
                              )       Civil Action No. 1:04-CV-6392 AWI LJO
11                            )
            Plaintiff,        )       STIPULATION AND ORDER
12                            )
   vs.                        )
13                            )
   JO ANNE B. BARNHART,       )
14 Commissioner of Social     )
   Security,                  )
15                            )
            Defendant.        )
16 _____  )

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until July 1, 2005, in which to file and

20 serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21 October 12, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27

28

1    Dated:  May 31, 2005                    /s/ Gina Fazio

2                                            GINA FAZIO,
                                             Attorney for Plaintiff.
3
     Dated: _____
4                                            MCGREGOR SCOTT
                                             United States Attorney
5
                                             By: /s/ Kristi C. Kapetan
6                                            (as authorized via facsimile)
                                             KRISTI C. KAPETAN
7                                            Assistant U.S. Attorney

8            IT IS SO ORDERED.

9    **Dated:    June 1, 2005**                **/s/ Lawrence J. O'Neill**
     66h44d                                  UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28