**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTINA BARRON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | CASE NO. CV-F-04-6392 AWI LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 16.) |

**INTRODUCTION**

Plaintiff Cristina Barron ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision to deny plaintiff's claims for disability insurance benefits and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 401-433 and 1381-1381d. After review of the Administrative Record and the parties' papers, the magistrate judge issued October 27, 2005 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision denying plaintiff's claims for disability insurance benefits and SSI, or alternatively, to remand for further proceedings. Plaintiff failed to file timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's October 27, 2005 findings and recommendations; and

2. DIRECTS the Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Cristina Barron and to close this action.

IT IS SO ORDERED.

**Dated:    November 16, 2005**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE